Michael S. Weinstein (Attorney No. 01613-1995)
David M. Kohane (Attorney No. 03287-1989)
Arianna Frankl (Attorney No. 03987-1999)
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
Attorneys for Plaintiffs, Symed Labs Limited and Hetero USA, Inc.

| | |
|---|---|
| SYMED LABS LIMITED and HETERO USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC,<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.<br><br><br>**COMPLAINT FOR PATENT INFRINGEMENT** |

Plaintiffs, Symed Labs Limited ("Symed") and Hetero USA, Inc. ("Hetero"; collectively with Symed, "Plaintiffs"), by way of Complaint against Defendant, Amneal Pharmaceuticals LLC ("Amneal" or "Defendant"), allege as follows:

### THE PARTIES

1. Symed is a corporation organized and existing under the laws of India with its corporate headquarters at Bhavya Sree Arcade, 8-3-166/7/1, Erragadda Main Rd, Vikaspuri, Erragadda, Hyderabad, Telangana 500018 India.

2. Hetero is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 1035 Centennial Avenue, Piscataway, New Jersey, 08854.

3. Amneal Pharmaceuticals LLC is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 400 Crossing Boulevard, Bridgewater, New Jersey. Amneal is registered to do business in the State of New Jersey and maintains a registered agent for service of process in New Jersey.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has jurisdiction over Defendant because, under information and belief, Defendant is in the business of manufacturing, marketing, importing and/or selling pharmaceutical drug products throughout the United States, the State of New Jersey and in this judicial district. Upon information and belief, Defendant purposefully conducts and continues to conduct business, directly or indirectly, in this judicial district, and this judicial district is a target for Defendant's infringing products. Upon information and belief, Defendant receives substantial income from the sale of its products within New Jersey and this judicial district. Upon information and belief, Defendant maintains continuous and systematic contacts with New Jersey and its citizens directly or through its related companies, affiliates and/or authorized agents.

6. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c), and § 1400(b).

## THE PATENTS IN SUIT

7. Plaintiffs are the owners by assignment of U.S. Patent No. 7,714,128 (the "'128 Patent") entitled "Crystalline Form of Linezolid," duly issued by the United States Patent and Trademark Office on or about May 11, 2010. The '128 Patent is annexed hereto as Exhibit A.

8. Plaintiffs are the owners by assignment of U.S. Patent No. 7,732,597 (the "'597 Patent") entitled "Crystalline Form of Linezolid," duly issued by the United States Patent and Trademark Office on or about June 8, 2010. The '597 Patent is annexed hereto as Exhibit B.

9. Plaintiffs are the owners by assignment of U.S. Patent No. 7,718,800 (the "'800 Patent") entitled "Crystalline Form of Linezolid," duly issued by the United States Patent and Trademark Office on or about May 18, 2010. The '800 Patent is annexed hereto as Exhibit C.

10. Plaintiffs are the owners by assignment of U.S. Patent No. 7,718,799 (the "'799 Patent") entitled "Crystalline Form of Linezolid," duly issued by the United States Patent and Trademark Office on or about May 18, 2010. The '799 Patent is annexed hereto as Exhibit D.

11. The '128 Patent, '597 Patent, the '800 Patent, and the '799 Patent are collectively referred to herein as the "Asserted Patents."

12. The Asserted Patents claim a novel form of linezolid ("Form III Linezolid") and processes for the preparation of Form III Linezolid.

## ACTS GIVING RISE TO THIS ACTION

13. Upon information and belief, Defendant has already used, made and/or offered for sale, and is preparing to sell Plaintiffs' patented Form III Linezolid and perform the processes for the preparation of Form III Linezolid covered by the Asserted Patents.

14. Upon information and belief, on or about August 30, 2012, Defendant submitted Abbreviated New Drug Application ("ANDA") No. 204536 to the United States Food and Drug Administration (the "FDA") seeking approval to manufacture, use and/or sell linezolid 600 mg tablets (the "Infringing Product") and received tentative approval for same subject to a marketing exclusivity period of a third party drug manufacturer.

54064/0002-12528101v2

15. On or about June 2, 2015, Symed caused a letter to be sent to Defendant advising Defendant, among other things, of Symed's ownership of the Asserted Patents "in relation to the Linezolid API, as well as methods of manufacture, and intermediates that can be used in processes for manufacture of Linezolid."  Defendant did not respond to Plaintiffs' June 2, 2015 letter.

16. On or about October 6, 2015, Plaintiffs caused a letter to be sent to Defendant again advising Defendant, among other things, of Plaintiffs' ownership of the Asserted Patents "claiming linezolid API, processes to prepare linezolid including intermediates used therein, polymorphic forms of linezolid, and pharmaceutical compositions containing linezolid." Defendant did not respond to Plaintiffs' October 6, 2015 letter.

17. On November 19, 2015, Plaintiffs caused a final letter to be sent to Defendant reiterating Plaintiffs' request for "information regarding your activities with respect to linezolid." Specifically, Plaintiffs requested, "by no later than November 23, 2015, samples of any linezolid compounds made, used, offered for sale, or imported into the United States by or for Amneal, including analytical data regarding the active pharmaceutical ingredient linezolid, processes used to prepare linezolid, including intermediates, and pharmaceutical compositions containing linezolid, and samples of linezolid and linezolid tablets."  Defendant did not respond to Plaintiffs' November 19, 2015 letter.

18. Despite repeated requests, Defendant has refused to provide Plaintiffs with samples of the linezolid product it is making, using and offering for sale in the United States, has not provided characterization data (such as x-ray powder diffraction data or infrared spectrum data) for its product, and has not identified the actual processes being used by Defendant and/or its manufacturer to make linezolid for the United States market.

19. Upon information and belief, in its ANDA, Defendant identified certain third-party patents required to manufacture Form II linezolid and stated that those patents will not be infringed by the manufacture, use, or sale of the Infringing Product. Upon information and belief, Form I linezolid is not a viable drug for Defendant to manufacture and sell because it is unstable and not suitable for medical use. Accordingly, upon information and belief, Defendant's ANDA contemplates Form III Linezolid.

20. Upon information and belief, there are no processes known or used to make Form III Linezolid other than those identified in Plaintiffs' Asserted Patents and accordingly Defendant must necessarily infringe one or more of the patented processes covered by Plaintiffs' Asserted Patents.

21. Upon due investigation, and upon information and belief, Defendant's linezolid product and processes used to make same infringe one or more claims of the Asserted Patents.

## FIRST COUNT
**(Patent Infringement – the '128 Patent)**

22. Plaintiffs repeat and reallege the allegations contained in the preceding paragraphs as if stated fully herein.

23. Upon information and belief, Defendant is making, using, offering for sale and intends to sell the Infringing Product in the United States.

24. Defendant's manufacture, use, offer for sale, sale, and/or importation of the Infringing Product in the United States constitutes infringement of one or more claims of the '128 Patent in violation of 35 U.S.C. § 271(a).

25. Absent injunctive and other relief, Plaintiffs will suffer substantial and irreparable injury for which Plaintiffs have no adequate remedy at law.

## SECOND COUNT
### (Patent Infringement – the '597 Patent, the '800 Patent, and the '799 Patent)

26. Plaintiffs repeat and reallege the allegations contained in the preceding paragraphs as if stated fully herein.

27. Upon information and belief, Defendant is making, using, offering for sale and intends to sell the Infringing Product in the United States.

28. Defendant's manufacture, use, offer for sale, sale, and/or importation of the Infringing Product in the United States necessarily includes infringement of one or more claims of one or more of the '597 Patent, the '800 Patent, and/or the '799 Patent in violation of 35 U.S.C. § 271(a).

29. Absent injunctive and other relief, Plaintiffs will suffer substantial and irreparable injury for which Plaintiffs have no adequate remedy at law.

WHEREFORE, Plaintiffs, Symed Labs Limited and Hetero USA, Inc., demand judgment against Defendant, Amneal Pharmaceuticals LLC, as follows:

(a) Judgment that manufacturing, using, offering for sale, selling, and importing the Infringing Product infringes one or more claims of the Asserted Patents;

(b) Judgment permanently enjoining Amneal Pharmaceuticals LLC from manufacturing, using, offering for sale, selling, and importing the Infringing Product until after the expiration of the Asserted Patents;

(c) Judgment awarding damages to Plaintiffs for Defendant's unlawful conduct;

(d) Attorneys' fees in this action pursuant to 35 U.S.C. § 285;

(e) Costs and expenses in this action; and

      (f)      Such other and further relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

DATED: November 25, 2015

Respectfully submitted,

**COLE SCHOTZ P.C.**

By: _/s/ Michael S. Weinstein_
    Michael S. Weinstein
    David M. Kohane
    Arianna Frankl
    Court Plaza North
    25 Main Street
    P.O. Box 800
    Hackensack, New Jersey  07602-0800
    201-489-3000
    201-489-1536  Facsimile
    Attorneys for Plaintiffs, Symed Labs Limited and Hetero USA, Inc.