UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYMED LABS LIMITED and HETERO USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC,<br><br>Defendant. | Civil Action No. 15-08307-CCC-MF |

### STIPULATION AND CONSENT ORDER FOR DISMISSAL OF U.S. PATENT NOS. 7,718,799; 7,718,800; AND 7,732,597

Pursuant to this Court's Order (D.I. 231, 232), as well as FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii), Plaintiffs Symed Labs Limited and Hetero USA, Inc. (collectively, "Plaintiffs") and Defendant Amneal Pharmaceuticals LLC ("Amneal"), by their counsel, hereby stipulate and agree to the following, subject to the approval of the Court:

1. Plaintiffs hereby dismiss with prejudice their causes of action against Amneal for infringement of the '799 patent, the '800 patent, and the '597 patent;

2. Amneal expressly reserves its right to seek further relief, including recovery of costs and fees, related to the dismissed causes of action. Plaintiffs do not believe that such relief is appropriate and reserve the right to oppose any application for further relief.

**STIPULATED AS TO FORM AND CONTENT**

By: s/Linda S. Roth
Linda S. Roth
Janet B. Linn
TARTER KRINSKY & DROGIN
1350 Broadway
New York, New York 10018
Telephone: (212) 216-8067
jlinn@tarterkrinsky.com
lroth@tarterkrinsky.com

By: s/ Rebekah R. Conroy
Rebekah R. Conroy
NJ ID No. 028932003
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, NJ 07932
(973) 400-4181
rconroy@stoneconroy.com

Mark S. Graham
THE GRAHAM LAW FIRM, PLLC
507 S. Gay Street, Suite 1230
Knoxville, TN 37902
Telephone: (865) 633-0331
mgraham@graham-iplaw.com

*Attorneys for Plaintiffs
Symed Labs Limited and Hetero USA, Inc.*

*Attorneys for Amneal Pharmaceuticals, LLC*

Of Counsel:

THE WEBB LAW FIRM

Kent E. Baldauf, Jr.
Bryan P. Clark
Thomas C. Wolski
Sammy G. Duncan, Jr.
NJ ID No. 032962002
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
(412) 471-8815
kbaldaufjr@webblaw.com
bclark@webblaw.com
sduncanjr@webblaw.com

**SO ORDERED**

_____        11/29/18
Honorable Claire C. Cecchi
United States District Judge

2